UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LORI C. WILCOX,

                Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration,

                Defendant.

Case No. 1:17-cv-00312-AC

JUDGMENT OF DISMISSAL

ACOSTA, Magistrate Judge:

Based on this Court's Opinion and Order [29], dated April 16, 2018, which REVERSED and REMANDED the Commissioner's decision for further proceedings consistent with the Court's referenced Opinion and Order, this matter is DISMISSED.

IT IS SO ORDERED.

DATED this 16th day of April, 2018.

                              JOHN V. ACOSTA
                              United States Magistrate Judge

1- JUDGMENT OF DISMISSAL