Alan Stuart Graf, OSB # 92317
alanstuartgraf@gmail.com
208 Pine St.
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LORI WILCOX

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

1:17-CV-00312-AC

ORDER FOR EAJA
ATTORNEY FEES

---

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees, subject to any offset allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, 139 S. Ct. 2521 (2010), in the amount of $5,981.23 for attorney fees and $400.00 in costs to Plaintiff's attorney at 208 Pine St. Floyd, VA 24091.

    It is so ORDERED

    Dated this 22nd day of 2018

United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES